# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **ADIB EDDIE RAMEZ MAKDESSI,** | ) |
| Plaintiff, | ) Case No. 7:22CV00428 |
| v. | ) **OPINION AND ORDER** |
| **LARRY COLLINS, ET AL.,** | ) JUDGE JAMES P. JONES |
| Defendants. | ) |

*Adib Eddie Ramez Makdessi, Pro Se Plaintiff.*

The plaintiff, Adib Eddie Ramez Makdessi, a federal inmate proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983, alleging numerous claims against multiple defendants. By Order entered January 23, 2023, the court severed Makdessi's nine claims into eight separate cases. This case now includes only Claims 1 and 2 from the Amended Complaint, alleging related acts of excessive force and retaliation in 2015 and 2016. After review of the record, I conclude that three motions seeking interlocutory injunctive relief in this case must be denied.

"[A] preliminary injunction may never issue to prevent an injury or harm which not even the moving party contends was caused by the wrong claimed in the underlying action." *Omega World Travel, Inc. v. Trans World Airlines*, 111 F.3d 14, 16 (4th Cir. 1997). To warrant interlocutory relief, the movant "must necessarily

establish a relationship between the injury claimed in the party's motion and the conduct asserted in the complaint." *Id.*

Makdessi's pending interlocutory relief motions fail to make these showings. The events at issue in this case involve actions the defendants allegedly took in 2015 and 2016 that Makdessi characterizes as excessive force and retaliation. The motions for interlocutory relief assert that Makdessi needs immediate court intervention to address his current medical needs, based on his recent tests or symptoms. I cannot find that the incidents described in the motions implicate any imminent risk of irreparable harm related to the underlying claims in this case.

After review of the record, it is **ORDERED** as follows:

1. The motions seeking interlocutory relief, ECF Nos. 9, 10, and 16, are DENIED without prejudice; and

2. All claims against the following defendants are DISMISSED WITHOUT PREJUDICE, because the remaining claims in this case do not allege any personal involvement by these individuals in any violation of Makdessi's constitutional rights: G. Holloway, Robert Bivens, John Doe Medical Director at Richmond, John Doe Regional Medical Director, and Sgt. Cobb.

ENTER: March 14, 2023

/s/  JAMES P. JONES
Senior United States District Judge